UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

      Plaintiffs,

v.

TOWNSHIP OF CLINTON,

      Defendant.

_____/

Case No. 15-cv-12552
Hon. Matthew F. Leitman

## <u>ORDER ON MOTION HEARING</u>

On October 25, 2017, the Court held a hearing on two motions: Plaintiffs' motion to compel certain discovery (ECF #28) and Plaintiffs' motion for a preliminary injunction (ECF #29).

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** as follows:

- The motion to compel discovery (ECF #28) is **TERMINATED AS MOOT**;

- The parties shall submit a stipulated order resolving the motion for preliminary injunction (ECF #29) within thirty-days of this order.

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: October 25, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764