UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,                        Case No. 15-cv-12552
                                          Hon. Matthew F. Leitman

v.

TOWNSHIP OF CLINTON

    Defendant.
_____/

## ORDER SETTING DISCOVERY AND SUMMARY JUDGMENT SCHEDULE

The Court held a hearing in this action on October 16, 2018. For the reasons stated on the record at the hearing, the Court sets the following schedule:

- All fact discovery must be completed by no later than **December 17, 2018**. The Court will not issue any further extensions of that date. Any written discovery must be served in sufficient time so that timely responses are due at or before **December 17, 2018**.

- Summary judgment motions shall be filed by no later than **January 31, 2018**. Responses and replies shall be filed in accordance with this Court's Local Rules. *See* E.D. Mich. Local Rule 7.1(e).

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: October 16, 2018          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2018, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764