UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

Case No. 15-cv-12552
Hon. Matthew F. Leitman

v.

TOWNSHIP OF CLINTON

    Defendant.
_____/

# ORDER ON MOTION HEARING

On May 29, 2019, the Court held a hearing on the parties' cross-motions for summary judgment. (*See* Motions, ECF ## 79, 81.) For the reasons stated on the record at the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Plaintiffs' motion for summary judgment with respect to Count II of their First Amended Complaint (Plaintiffs' "Facial Equal Terms" claim) is **TAKEN UNDER ADVISEMENT**;

- Plaintiffs' motion for summary judgment with respect to Count III of their First Amended Complaint (Plaintiffs' "non-discrimination" claim) is **DENIED**;

- Defendant's motion for summary judgment with respect to Count V of Plaintiffs' First Amended Complaint (Plaintiffs' "appeal from agency action" claim) is **GRANTED**; and

1

- Defendant's motion for summary judgment in all other respects is **DENIED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 29, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764