UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN *et al.*,

    Plaintiffs,

v.

CHARTER TOWNSHIP OF CLINTON,

    Defendant.

Case No. 15-cv-12552
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING PLAINTIFFS' MOTION TO REOPEN DISCOVERY (ECF No. 110) AND (2) REQUIRING PARTIES TO ATTEND IN-PERSON SETTLEMENT CONFERENCE

On July 16, 2020, the Court held an on-the-record status conference in this action. For the reasons stated on the record during the status conference, Plaintiffs' motion to reopen discovery (ECF No. 110) is **DENIED**.

In addition, as the Court explained on-the-record, as soon as a new Magistrate Judge is assigned to this matter, the Court will refer this case for an in-person settlement conference with the Magistrate Judge. Pastor Dorman shall personally attend the settlement conference, and Clinton Township shall have both a representative with full settlement authority and a representative of the Township's insurance carrier attend the conference as discussed on the record. In light of the

1

ongoing COVID-19 pandemic, the conference will not be held until it is safe and practicable to do so.[1]

**IT IS SO ORDERED**.

Dated: July 16, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

---

[1] In lieu of a settlement conference with the assigned Magistrate Judge, the parties may facilitate this case with a private facilitator of their choice. If the parties chose to facilitate, that facilitation, like the settlement conference, shall be held in person as soon as it is safe to do so. If the parties choose to privately facilitate this matter, they shall inform the Court as soon as a facilitation is scheduled.