UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

TOWNSHIP OF CLINTON,

    Defendant.
_____/

Case No. 15-cv-12552
Hon. Matthew F. Leitman

## ORDER REQUIRING PERSONAL APPEARANCE AT FINAL PRE-TRIAL CONFERENCE

In the Court's Case Management Order issued on April 26, 2016, and the Court's Amended Case Management Order issued on March 30, 2022, the Court required that both Plaintiff Michael Dorman and a representative for Defendant Clinton Township "with full and final settlement authority" personally appear at the Final Pre-Trial Conference. (Order, ECF No. 16, PageID.222; Am. Order, ECF No. 133, PageID.5220.) The Final Pre-Trial Conference has now been scheduled for June 21, 2022. (*See* Am. Order, ECF No. 133.) In accordance with the Court's earlier Case Management Order and Amended Case Management Order, the Court **DIRECTS** that both Dorman, a representative of Clinton Township with full and final settlement authority, and a representative, with full and final settlement

1

authority, of any insurance carrier for Clinton Township that may pay for some or all of Dorman's claim, personally appear at the Final Pre-Trial Conference.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2