UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

Case No. 15-cv-12552
Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S REQUEST TO EXCLUDE PUNITIVE DAMAGES

Defendant Clinton Township has requested that the Court bar Plaintiffs from seeking an award of punitive damages at trial under either 42 U.S.C. § 1983 or the Religious Land Use and Institutionalized Persons Act. The parties thereafter filed several supplemental briefs on this issue. (*See* Supp. Brs., ECF Nos. 163, 165, 167, 170, 171, 173, 174.) On July 11, 2022, the Court held an on-the-record status conference to discuss the punitive damages issue. For the reasons explained on the record during that conference, the Township's request is **GRANTED**. Absent further order of the Court, Plaintiffs shall not mention punitive damages at trial, and they shall not be permitted to seek an award of punitive damages from the jury.

It is further ordered that for the reasons explained on the record during the status conference, the July 12, 2022, trial in this matter is **ADJOURNED**.

Finally, Plaintiffs may file a motion asking the Court to certify its punitive damages ruling for an interlocutory appeal by no later than **August 8, 2022**. The Township may file a response by no later than **September 6, 2022**.

**IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  July 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 11, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126