UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

   Plaintiffs,

v.

                        Case No. 15-cv-12552
                        Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

   Defendant.

_____/

## ORDER (1) DENYING PLAINTIFFS' RENEWED SECOND MOTION FOR ATTORNEYS' FEES (ECF No. 191) WITHOUT PREJUDICE AND (2) SETTING FORTH NEXT STEPS IN ACTION

On May 5, 2023, the Court held a hearing over video conferencing to hear argument on Plaintiffs' Renewed Second Motion for Attorneys' Fees (ECF No. 191). For the reasons stated on the record during that hearing, Plaintiffs' motion is **DENIED WITHOUT PREJUDICE.**

As the Court set forth on the record, it is further ordered that the parties shall complete the depositions of the three witnesses identified on the record by no later than **August 5, 2023**. Plaintiffs shall file a Motion to Amend the Complaint by no later than **June 20, 2023**. Defendant shall respond by **July 11, 2023**. Plaintiffs shall file a Reply in further support of their motion by no later than **July 25, 2023**.

   IT IS SO ORDERED.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 5, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
