UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

    Case No. 15-cv-12552
    Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY (ECF No. 201)

For the reasons explained on the record during a November 27, 2023, status conference, Plaintiffs' motion to re-open discovery (ECF No. 201) is **GRANTED**. Plaintiffs may serve on Defendant the two requests for admission attached as Exhibit A to Plaintiffs' motion.

    **IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126