UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

Case No. 15-cv-12552
Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.

_____/

## ORDER ALLOWING PLAINTIFFS TO FILE A SUPPLEMENTAL COMPLAINT AND SETTING SCHEDULE RELATED TO SUPPLEMENTAL COMPLAINT

The Court held an on-the-record status conference with counsel for all parties on February 21, 2025. For the reasons explained during the status conference, and given the recent change in circumstances described on the record, **IT IS HEREBY ORDERED** as follows:

- Plaintiffs shall file their Supplemental Complaint by no later than **March 7, 2025**;

- Defendant shall file its Answer to the Supplemental Complaint by no later than **March 28, 2025**;

- The parties shall take discovery related to the claims raised in the Supplemental Complaint through **June 30, 2025**; and

1

- The Court will hold an additional status conference with counsel in approximately 90 days to discuss a schedule for the remainder of this action.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126