UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, et al.,

    Plaintiffs,     Case No. 15-cv-12552
                                          Hon. Matthew F. Leitman

v.

TOWNSHIP OF CLINTON,

    Defendant.
_____/

**ORDER MODIFYING SCHEDULING ORDER [ECF NO. 247] AND DENYING SANCTIONS UNDER LOCAL RULE 7.01(a)(3)**

On March 21, 2025, this matter came before the Court on the Plaintiffs' *Exigent* Motion to Modify Scheduling Order of February 21, 2025, to Set Dates for Disclosures Under Federal Rule of Civil Procedure 26 [ECF No. 250]. The Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED,** for the reasons stated on the record, that the Order Allowing Plaintiffs to File a Supplemental Complaint and Setting Schedule Related to Supplemental Complaint [ECF No. 247] is modified as follows:

    A. The parties shall serve initial disclosures under Federal Rule of Civil Procedure 26 (a)(1)(A) related to the claims raised in the Supplemental Complaint on each other no later than two weeks after the Defendant files its Answer to the Supplemental Complaint,

B. The parties shall conduct discovery related to the claims raised in the Supplemental Complaint through **July 14, 2025.**

C. The parties shall serve each other with expert disclosures under Federal Rule of Civil Procedure 26 (a)(2) related to the claims raised in the Supplemental Complaint no later than June 14, 2025, and,

All other terms in the Order Allowing Plaintiffs to File a Supplemental Complaint and Setting Schedule Related to Supplemental Complaint [ECF No. 247] remain unchanged.

IT IS FUTHER ORDERED that the Plaintiffs request for sanctions under Local Rule 7.01(a)(3) is denied for the reasons stated on the record.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126