UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

Case No. 15-cv-12552
Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.

_____/

## ORDER AMENDING SCHEDULING ORDER

On June 6, 2025, the Court held an on-the-record status conference with counsel to discuss the schedule in this action. For the reasons explained on the record, the scheduling order in this action is amended as follows:

- The parties shall conduct discovery related to the claims raised in the Supplemental Complaint through **October 13, 2025**;

- The parties shall serve each other with expert disclosures under Federal Rule of Civil Procedure 26(a)(2) related to the claims raised in the Supplemental Complaint by no later than **September 15, 2025**; and

- The parties shall file dispositive motions and motions to exclude experts related to the claims raised in the Supplemental Complaint by no later than **November 24, 2025**.

**IT IS SO ORDERED**.

Dated: June 6, 2025

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126