UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

Case No. 15-cv-12552

v.

Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.

_____/

## ORDER TERMINATING DEFENDANT'S MOTIONS IN LIMINE (ECF Nos. 228, 229, 230, AND 231) WITHOUT PREJUDICE

In January 2025, Defendant Clinton Township filed four motions *in limine* in this action. (*See* Motions, ECF No. 228, 229, 230, 231.) Those motions were filed in anticipation of a trial that the Court had scheduled for February 2025. Due to circumstances beyond the Court's and the parties' control, the Court adjourned that trial date. It also subsequently granted Plaintiffs leave to file a Supplemental Complaint. (*See* Order, ECF No. 247.) Finally, on May 16, 2025, new lead counsel appeared for the Township. (*See* Notice of Appearance, ECF No. 260.)

Based on the adjournment of the trial, the filing of the Supplemental Complaint, and the appearance of new lead counsel for the Township, the Court concludes that the best course of action is to **TERMINATE** the Township's motions *in limine* **WITHOUT PREJUDICE** so that new counsel has an opportunity to review the motions in light of the revised state of the pleadings and additional

1

discovery that the Court has authorized. The Township may re-file the motions, if necessary, prior to a new trial date that the Court will set in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126