UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v.

                                  Case No. 15-cv-12552
                                  Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.
_____/

### ORDER GRANTING IN PART PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY (ECF Nos. 257, 261)

On April 22, 2025, Plaintiffs Michael Dorman and River of Life Ministries, INT filed a motion to compel discovery from Defendant Clinton Township. (*See* Mot., ECF No. 257.) In that motion, Plaintiffs explained that the Township had failed to provide its required initial disclosures related to Plaintiffs' Supplemental Complaint. (*See id.*) Plaintiffs further asserted that when their counsel contacted the Township's counsel in an effort to obtain the initial disclosures prior to drafting and filing the motion to compel, those efforts were unsuccessful. (*See id.*)

The Court held a status conference with the parties on April 28, 2025, to discuss the issues raised in the motion. During that conference, Plaintiffs' counsel reported that the Township had since provided the late initial disclosures. After hearing from the parties, the Court concluded that because the Township's delay in responding to Plaintiffs' counsel and providing the initial disclosures required

1

Plaintiffs to file the motion to compel, it was appropriate for the Township to pay some amount of attorney fees related to the filing of that motion. It therefore directed Plaintiffs' counsel to file a specific fee request with the Court.

Plaintiffs' counsel has now done so. (*See* Am. Mot., ECF No. 261.) In an amended motion, Plaintiffs' counsel seeks $918.00 in fees. (*See id.*) Those fees are based an hourly rate of $255.00 dollars per hour for the 3.6 hours that Plaintiffs' counsel says it took him to draft and "pursu[e]" the motion to compel. (Affidavit of Robert Levi at ¶¶ 3-4, ECF No. 261-1, PageID.8228-8229.)

For the reasons explained during the April 28, 2025, status conference, the Court believes that an award of fees is warranted here. It further concludes that $255.00 per hour is a reasonable hourly rate for Plaintiffs' counsel's time. However, the Court believes that awarding fees for a total of 3.0 hours is appropriate here given the straight-forward nature of the motion and the reasonable amount of time that would have been necessary to draft the motion and appear before the Court.

Accordingly, the Court **GRANTS** Plaintiffs' motions in part and directs the Township to pay Plaintiffs' counsel an award of fees in the amount of $765.00 by no later than **August 15, 2025**.

**IT IS SO ORDERED**.

Dated: July 15, 2025

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126