UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DORMAN, *et al.*,

    Plaintiffs,

v().

                              Case No. 15-cv-12552
                              Hon. Matthew F. Leitman

TOWNSHIP OF CLINTON,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

                                              KINIKIA ESSIX
                                              CLERK OF COURT

                                   By:    s/Holly A. Ryan
                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 10, 2025
Detroit, Michigan